# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| KWAKU AYREL OKRAKU, | ) |
| *Petitioner*, | ) Case No. 4:18-cv-22 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| ARVIL CHAPMAN, Warden, | ) Magistrate Judge Susan K. Lee |
| | ) |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Kwaku Ayrel Okraku's petition for a writ of habeas corpus is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ John Medearis
  CLERK OF COURT